IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| RUTH NICHOLSON, | ) | |
| ROBERT AND JUDY HALL, and | ) | |
| JAMES MURPHY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 09-6083-CV-SJ-GAF |
| | ) | |
| PRIME TANNING CORP., | ) | |
| PRIME TANNING CO., INC., | ) | |
| NATIONAL BEEF LEATHERS CO., | ) | |
| LLC; and RICK REAM, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Now before the Court is Plaintiffs' Unopposed Motion for Dismissal Without Prejudice. For good cause shown, it is

ORDERED that the above referenced case is dismissed without prejudice. Each party is to bear its own costs.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED:   September 29, 2009